UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARLA Y. FOX, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:14-CV-2061 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security | : | |
|     Defendant | : | |

## ORDER

**AND NOW, THIS 18ᵀᴴ DAY OF MARCH, 2016**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff, Karla Y. Fox, disability insurance benefits is **VACATED**;

3. The matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings; and

4. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**